RITA BROOKS, Appellant, *v.* ERIE COUNTY SAVINGS BANK, Respondent.

*Brooks* v. *Erie County Savings Bank,* 169 App. Div. 73, affirmed.
(Argued October 10, 1918; decided October 29, 1918.)

APPEAL from a judgment, entered August 12, 1915, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. This action was brought against the respondent, Erie County Savings Bank, and Charles F. Brooks, husband of plaintiff, to recover the sum of $900, with interest, being one-half of the amount of a check drawn by the defendant Brooks upon an account shown in the pass book issued to the plaintiff and the defendant Brooks as payable to " Mrs. Rita Brooks or C. F. Brooks," and upon the signature book of the defendant bank signed by both plaintiff and defendant Brooks as " Mrs. Rita Brooks or C. F. Brooks, pay to either." The payment was made by the respondent to Mr. Brooks without the presentation of the pass book. The defendant Charles F. Brooks made default in pleading and the issues were tried against the respondent alone.

*Irving W. Cole* and *Louis Braunlein* for appellant.

*S. Fay Carr, Henry W. Sprague* and *Adelbert Moot* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.